UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FATOUMATA DIARAYE BARRY #A245-144-695** | **CIVIL ACTION NO. 24-cv-1052 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE DAVID J. AYO** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus filed by Plaintiff Fatoumata Diaraye Barry ("Plaintiff") is **DENIED** and **DISMISSED** because Plaintiff's claims are **MOOT.**

**MONROE, LOUISIANA**, this the 28th day of May 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE